UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PATRICK M. SOMERSET,

                Petitioner,

v.                                          Case No. 16-cv-901-pp

UNITED STATES OF AMERICA,

                Respondent.

---

**ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS (DKT. NO. 1) AND DISMISSING CASE**

---

On March 20, 2017, petitioner Patrick M. Somerset filed a motion to dismiss his motion to vacate, set aside, or correct his sentence under Title 28 United States Code Section 2255. Dkt. No. 9. The respondent has not responded to the petitioner's motion.

Under Federal Rule of Civil Procedure 41(a)(2), the court **GRANTS** the petitioner's motion, dkt. no. 9, and **DISMISSES** the petitioner's motion to vacate, set aside or correct his sentence under 28 U.S.C. §2255.

Dated in Milwaukee, Wisconsin this 20th day of June, 2017.

                                          **BY THE COURT:**

                                          _____
                                          **HON. PAMELA PEPPER**
                                          **United States District Judge**